UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHARLES BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND JERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02518-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint compliant with the Court's order dismissing the complaint with leave to amend (Docket No. 6).

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 10, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHARLES BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND JERRY BROWN, et al.,<br><br>    Defendants. | Case No.  16-cv-02518-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonnie Charles Brown ID: ID: P-96708
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532


Dated: August 10, 2016


    Susan Y. Soong
    Clerk, United States District Court

    By: *Karen L. Hom*
    Karen Hom, Deputy Clerk to the
    Honorable JOSEPH C. SPERO

2